**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6152**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEMETRIOUS ADONIS MOORE, a/k/a Meechie,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (6:08-cr-00124-HMH-1)

Submitted:  January 30, 2023                    Decided:  February 10, 2023

Before WILKINSON and KING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Demetrious Adonis Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrious Adonis Moore appeals the district court's order denying his third motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. We review a district court's compassionate-release ruling for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). Upon review of the record, we discern no abuse of discretion in the district court's determination that the 18 U.S.C. § 3553(a) factors did not support relief. *See United States v. High*, 997 F.3d 181, 189 (4th Cir. 2021) (affirming district court's order denying compassionate release where "[t]he court's rationale . . . was both rational and legitimate under [18 U.S.C. § 3553(a)]" and "the court sufficiently explained its denial to allow for meaningful appellate review" (internal quotation marks omitted)); *see also United States v. Jenkins*, 22 F.4th 162, 170-71 (4th Cir. 2021) (describing adequate explanation). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2